UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLACK WARRIOR RIVER-KEEPER, INC., | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:16-cv-00083<br>) |
| SOUTHEASTERN CHEESE CORPORATION and SOUTHEASTERN ENERGY AND FERTLIZER, LLC | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFF BLACK WARRIOR RIVERKEEPER'S
NOTICE OF FILING EXHIBIT
BY CONVENTIONAL MEANS**

COMES NOW Plaintiff Black Warrior Riverkeeper, Inc. ("Riverkeeper"), and files by conventional means Exh. 4A to the Brief in Opposition to the Motion for Summary Judgment filed by Defendants Southeastern Cheese Corporation ("Southeastern Cheese") and Southeastern Energy and Fertilizer LLC. Exh. 4A is a video file from which still pictures were extracted and included as part of Exh. 4 (Doc. 23-2 at 12-15) to the Brief in Opposition.

Respectfully submitted this 12th day of January, 2017,

*s/Eva L. Dillard*
Eva L. Dillard
Attorney for Plaintiff
Black Warrior Riverkeeper, Inc.
710 37th Street South
Birmingham, AL 35222-3206
(205) 458-0095 Office
(205) 458-0094 Facsimile
edillard@blackwarriorriver.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2017, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons:

Richard E. Broughton
W. Christopher Waller, Jr.
Attorneys for Defendant SCC
BALL, BALL, MATTHEWS & NOVAK, P.A.
445 Dexter Avenue, Suite 9045
Montgomery, Alabama 36104
Telephone: 334-387-7680
Facsimile: 334-387-3222
RBroughton@ball-ball.com
CWaller@ball-ball.com

Benjamin C. Heinz
Attorney for Defendant SCC
BALL, BALL, MATTHEWS & NOVAK, P.A.
RSA Trustmark Building
107 Saint Francis Street, Suite 1590

Post Office Box 2648
Mobile, Alabama 36652
Telephone: (251) 338-2721
Facsimile: (251) 338-2722
bheinz@ball-ball.com

James L. Noles, Jr.
Attorney for Defendant SCC
Balch & Bingham, LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
Telephone: 205-226-8767
Facsimile: 205-488-5684
jnoles@balch.com

  I also certify I mailed a copy of Exh. 4A, via first class mail, postage full pre-paid, to all counsel of record.

    *s/Eva L. Dillard*
    Eva L. Dillard