IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

BLACK WARRIOR RIVERKEEPER, INC.,  )
    Plaintiff,  )
  )
vs.  ) Civil Action No. 16-0083-KD-B
  )
SOUTHEASTERN CHEESE CORPORATION,  )
*et al.*,  )
    Defendants.

## JUDGMENT

In accordance with the Order entered on this date granting Defendants Southeastern Cheese Corporation and Southeastern Energy and Fertilizer, LLC's motion for summary judgment, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Black Warrior Riverkeeper, Inc.'s claims against Defendants Southeastern Cheese Corporation and Southeastern Energy and Fertilizer, LLC are dismissed with prejudice.

**DONE** and **ORDERED** this **24**$^{th}$ day of **January 2017.**

                                      s/ Kristi K. DuBose
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**